UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22585-CIV-MARTINEZ-BECERRA

CINTHIA GONZALEZ,

    Plaintiff,

vs.

TRI CITY ELECTRIC CO., INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 23). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of December, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record